# Exhibit B

# Statement 31

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ████████ |
| **Sent:** | Sunday, March 10, 2024 11:39 PM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] Victim Impact Statement on SBF sentencing |

I got wrecked by buying a shitcoin($BOBA), which I highly suspect SBF(who clearly has connections in Stanford) is in cahoot with the team of BOBA token (CEO of enya labs who launched BOBA tokens are from stanford university, and many of the team's members are from Stanford) to pump and dump on the token which goes to $7.49 dollar to less than $0.12. The token is now trading around $0.5~$0.6. This amount of fall is clearly manipulated,in hindsight this is obviously price manipulation to extract money from retail.

I lost $50k usd from their shenanigans.

This money was supposed to be used for my further education. Now I have to start from the bottom again and I feel strongly that I should be compensated for the fraud and manipulation they pulled on retail users like me.

I hope Justice prevails and laws should be used to uphold the integrity, stability and trust of society.Some white collar crimes are obvious, others are very good at hiding their maneuvers,lie with no conscience and covered their tracks carefully not to be caught, both types of criminals should belong in jail and kept away from the public or common people in general.

1

# Statement 32

## Olsen, Wendy (USANYS)

**From:** ▮▮▮▮▮▮▮▮▮
**Sent:** Monday, March 11, 2024 1:36 AM
**To:** USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com
**Subject:** [EXTERNAL] Urgent Call for Fair Compensation: Addressing the Discrepancy in Asset Value Post-FTX Collapse

To Whom It May Concern,

I am writing this victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was $330,733.42. However, as of today, 11 March 2024, the true value of my stolen assets has escalated to $1,349,933.42. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

Sincerely,

▮▮▮▮▮▮▮▮▮

1

# Statement 33

11 March 2024

To Whom It May Concern,

I am writing this victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was $18,464.69. However, as of today, 11 March 2024, the true value of my stolen assets has escalated to $47,942.21. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

Yours Sincerely,



# Statement 34

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ⬛⬛⬛⬛⬛⬛  · om> |
| **Sent:** | Monday, March 11, 2024 5:58 AM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] Re: Victim Impact Statement on SBF sentencing |

Please redact my name on my email address or anywhere that shows my name for privacy concern, otherwise please ignore the email.

On Mon, Mar 11, 2024 at 11:38 AM ⬛⬛⬛⬛⬛⬛  ·  wrote:
I got wrecked by buying a shitcoin($BOBA), which I highly suspect SBF(who clearly has connections in Stanford) is in cahoot with the team of BOBA token (CEO of enya labs who launched BOBA tokens are from stanford university, and many of the team's members are from Stanford) to pump and dump on the token which goes to $7.49 dollar to less than $0.12. The token is now trading around $0.5~$0.6. This amount of fall is clearly manipulated,in hindsight this is obviously price manipulation to extract money from retail.
I lost $50k usd from their shenanigans.
This money was supposed to be used for my further education. Now I have to start from the bottom again and I feel strongly that I should be compensated for the fraud and manipulation they pulled on retail users like me.
I hope Justice prevails and laws should be used to uphold the integrity, stability and trust of society.Some white collar crimes are obvious, others are very good at hiding their maneuvers,lie with no conscience and covered their tracks carefully not to be caught, both types of criminals should belong in jail and kept away from the public or common people in general.

1

# Statement 35

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | Tuesday, March 12, 2024 4:54 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] FTX / Victim Impact Statement |

Dear Ms. Wendy OLSEN

I am writing to you not just as a number among the many affected by the collapse of FTX but as an individual who has experienced significant personal and financial turmoil as a direct result of this unprecedented event.

Over the course of my investment journey with FTX, I have adhered to a disciplined Dollar-Cost Averaging (DCA) strategy, focusing primarily on what were considered stable and reputable cryptocurrencies like BTC and ETH. This approach was not just a speculative endeavor but a measured decision to build a secure financial future for myself and my girlfriend. Together, we entrusted FTX with our hard-earned savings, believing in the integrity of the platform and the digital assets it facilitated.

However, the abrupt downfall of FTX has not only resulted in a substantial financial loss of over $19,000 at current prices but has also shaken the very foundation of our trust in the digital asset space. This loss represents a significant portion of our economy, savings that were meant to support future plans, security, and stability for both myself and my loved one.

The repercussions of this event extend beyond mere numbers. They have instilled a deep sense of betrayal and uncertainty, making us question the safety and reliability of what we believed to be a prudent investment approach. The emotional and psychological toll has been equally devastating, impacting our relationship and future planning.

It is paramount to express our strong preference for the recovery of our original crypto assets as whole entities, rather than accepting a fiat currency reimbursement based on the depreciated value of these assets during the time of the FTX collapse. Our investment in digital currencies like BTC and ETH was made with a long-term perspective, recognizing the potential for growth and stabilization over time that these assets historically exhibit.

Receiving our investments back in the form of the original cryptocurrencies would not only serve as a more equitable form of restitution but also allow us to remain engaged in the digital asset space as intended, with the potential to recover and possibly exceed our initial financial goals. This approach respects our investment decisions and the risks we accepted, acknowledging the possibility that these assets may regain or surpass their former value under more stable market conditions.

1

Therefore, we urge the relevant parties and decision-makers to consider the significance of restoring our investments in their original form. Such a measure would not only address the immediate financial injustice but also reinstate a sense of agency and choice in how we choose to navigate our recovery within the cryptocurrency markets.

As a plaintiff in the FTX case, I seek not only restitution for the financial loss incurred but also recognition of the broader impact this event has had on my life and that of my girlfriend's. We were cautious investors who believed in the promise of digital assets as a means to a secure future. Instead, we have been left to navigate the fallout of decisions made by entities in whom we placed our trust and investment.

I urge the court to consider not only the financial restitution but also the profound personal impact this case has had on the lives of the individuals involved. We seek justice not just in the form of financial compensation but in the assurance that measures will be taken to prevent such a devastating event from reoccurring

Sincerely,

# Statement 36

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ████ |
| **Sent:** | Tuesday, March 12, ~~202~~ ~~~50 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | Re: [EXTERNAL] FTX/ ( |

████

USANYS-FTX VICTIMS

Subject: Request for Expedited Processing of my Restitution Claim in the FTX Case

Dear Sir/Madam,

I am writing to bring attention to my situation as a victim in the FTX case, where my assets are currently frozen. I understand that the sentencing is scheduled for March 28, 2024, and I appreciate the efforts made by the US Attorney's Office and the liquidator in managing this case.

However, I find myself in a financially precarious situation. As a restitution claimant, my income has been nonexistent for over a year, and my circumstances are exacerbated by my current unemployment status and ongoing disability recognition process. These factors significantly impact my ability to meet my daily needs and cover medical expenses associated with my health condition.

I have been informed that the sums I am claiming have been identified and validated by the liquidator, yet my assets remain frozen. In order to ensure my sustenance and address the expenses related to my health, I respectfully request expedited processing of my restitution claim.

I understand that the US Attorney's Office is likely dealing with a substantial number of requests, but I sincerely hope that my exceptional situation can be taken into consideration. I am willing to provide any additional documentation or participate in interviews, if necessary, to facilitate the swift processing of my claim.

Thank you sincerely for considering my urgent request. Your understanding and assistance in this matter are greatly appreciated.

Yours faithfully,

████

**From:** USANYS-FTXVictims
**Sent:** Wednesday, March 6, 2024 5:56 PM
**To:** pgot
**Subject:** RE: [EXTERNAL] FTX/ ████

1

Received.

After sentencing, March 28, 2024, the United States Attorney's Office, Southern District of New York will post clear instructions on how to file for restitution through petition for remission. If you would like to send in a victim impact statement, you can do that by sending a statement to this mailbox.

**From:** ▇▇▇▇▇▇
**Sent:** Saturday, March 18, 2023 5.4, ..M
**To:** USANYS-FTXVictims <USANYS-FTXVictims@usa doi.gov>
**Subject:** [EXTERNAL] FTX/ ▇▇▇▇▇▇

Victim Coordinator - United States v. Samuel Bankman-Fried, a/k/a "SBF," 22 Cr. 673 (LAK

Dear
Wendy Olsen Clancy
Victim/Witness Coordinator,

I had cryptocurrencies on FTX exchange I was not able to withdraw before website closure

My FTX account is linked to this email address ▇▇▇▇▇▇ Γ and my ID number is ▇▇▇▇▇▇ Also, please note that the KYC procedure has been completed with a

French ID.

Please feel free to get back to me for any questions. Thank you very much for your help.

Best Regards,

▇▇▇▇▇▇

2

# Statement 37

Olsen, Wendy (USANYS)

**From:**
**Sent:** Monday, March 11, 2024 7:46 AM
**To:** USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com
**Subject:** [EXTERNAL] Victim Impact Statement
**Attachments:** ng; Screenshot_
 assed.png; Screensh>t_
 ot_
 eenshot_
 ;creenshot_
 ipg; Screenshot_
 )3416.jpg;
 pg; dl_original_front.jpg;
 g

I started investing in crypto in 2017. I used a lot of different exchanges to buy my crypto. I started to buy SOLANA (SOL) in 2021. I bought SOL with an average price of 150 USD/ 1 SOL, so I strictly do not agree with the dollarization of my digital assets in SOL at the exchange rate of November 11, 2022, when the whole market was down due to the criminal activities of FTX managers. On November 8, 2022 at 8:15 PM, when no service outage was announced and SBF on Twitter claimed that everything was fine, I tried to transfer my digital assets to my crypto wallet, but with no success. Withdrawals were suspended without any warning. My digital assets in SOL remained stuck in the failed exchange until today.

Therefore, I strongly request to return my digital property to SOL as I requested to pay it out on November 8, 2022 at 8:15 PM. I am attaching evidence for my claims - screenshots from the application and from the email confirmation of the requested SOL transaction (withdrawal).

The money in my digital property SOL was an investment. I trusted this project. Now, due to SBF criminal activity is my investment frozen and I have no guarantee to see my invested money any more. I trusted to FTX due to massive advertisements and FTX Earn program. If I lose the money I've invested in my SOL property I will be pushed into the next loan from a bank. This will have a very negative impact on me and my family. So please, return my digital property - SOLANA.

Best Regards,

1

# Statement 38

**Olsen, Wendy (USANYS)**

**From:**
**Sent:** Monday, March 11, 2024 8:53 AM
**To:** USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com
**Subject:** [EXTERNAL] Victim Impact Statement

My name is ████████ and I am a former customer of FTX based in the US.

I was lured into keeping my investments on the FTX platform by their promises of guaranteed yield returns of up to 8% "risk-free".

My claim amount as of the petition date is 141,000 USD. Using today's prices and due to the general appreciation in cryptocurrency assets, the claim amount is larger than 1M USD. Therefore, I am coming out of my FTX investment with a **net loss** greater than 900k USD.

It would be delusional to claim that the bankruptcy recovery will make me whole. In addition to the emotional and economic hardships I endured for the last two years as a result of losing access to my **life savings**, I am now being deprived of recovering my crypto assets in-kind.

Sincerely,

1

# Statement 39

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | Monday, March 11, 2024 1:57 PM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX Victim Statement |

Dear Department of Justice,

I trust this email finds you well. I am writing to provide my victim statement regarding the FTX situation.

The day following my 33rd birthday, FTX.com declared bankruptcy, significantly impacting my life. At the time, I served as a portfolio manager at a digital-asset hedge fund.

The consequences of this event extend beyond financial loss:
- I lost my job due to the actions of SBF, severely hindering my career prospects. The stigma attached to my decisions to deposit and store assets to trade them on FTX has made securing new employment mostly impossible. Even now, almost 18 months later, I remain unemployed.
- Personally, I incurred a loss of over $500,000 USD on the platform, which has since ballooned to approximately $1.2 million USD. The proposed repayment of $500,000 USD does not reflect the true value of my claim, given the current market rates for cryptocurrencies. I am getting offered a deal to lose an additional $700k from the bankruptcy plan.
- A significant portion of my investment capital was affected, forcing me to reevaluate my financial priorities and cease personal trading and investing activities. I lost a job, a present, and a future of opportunities because of SBF crime. Nobody is paying anything for that, except me.
- The emotional toll has been immense, leading to months of depression and ongoing insecurities about my professional future and personal relationships.

If I were a judge or a member of the grand jury, I would consider several factors:
- The severity of the damage inflicted, despite the absence of physical violence, cannot be overlooked.
- The magnitude of the fraud and its implications for corporate governance demands careful consideration in terms of "signaling". A lenient sentence could set a dangerous precedent for future financial crimes. Imagine defrauding $15b and receiving a 5 years sentence. That's the equivalent of 1 year in jail for a $3b fraud. Many people would consider such a deal.

**FTX.com is not "just an other bankruptcy",** FTX is one of the biggest frauds in History. **The justice is the first of the social virtues, because it ensures to everyone what belongs to them.** Honestly, how can justice actually work if that very own justice fails to measure what is due to each one?
Justice should be "giving" to each what belongs to them; it is the balance, right? When justice fails to do so, whether due to systemic issues, fraud, or other factors, it undermines the integrity of the legal system and erodes trust.

My family is still suffering from the aftermath of SBF's crime and a $500k USD repayment is not going to ensure a 100% recovery despite the headlines. Who is helping me to pay or recover for a job, for a depression and mental insecurities, for $700k of straight opportunity cost at current prices, for an indirect opportunity for losing my financial capacity to invest in the markets, and for making my future so unsecured?
It sounds like the US system **has forgotten about the fraud we are victims of.** We are treated as normal creditors in a bankruptcy, not as victims of a fraud that led to bankruptcy.

I urge the Department of Justice to carefully review my statement and consider the broader implications of the FTX case.

1

Thank you for your attention to this matter.

Sincerely,

FSZ/

# Statement 40

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▉ |
| **Sent:** | Thursday, March 7, 2024 8:01 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | Re: [EXTERNAL] Attention to: Wendy Olsen Clancy |

Dear Madam,

Thank you for your email and for following my file.

I would have liked to recover my investment in cryptocurrencies and not in USD and above all to have compensation for the time my money remained blocked without me being able to make it grow.

Above all, I hope that I will be able to recover my money in full without fees or other charges and that these will be charged to FTX.

Sincerely,

▉

Le 6 mars 2024 à 17:34, USANYS-FTXVictims <USANYS.FTXVictims@usdoj.gov> a écrit :

Received.
After sentencing, March 28, 2024, the Government will post clear instructions on how to file for restitution through petition for remission. If you would like to send in a victim impact statement, you can do that by sending a statement to this mailbox.

**From:** ▉
**Sent:** Thursday, May 11, 2023 11:53 AM
**To:** USANYS-FTXVictims <USANYS-FTXVictims@usa.doj.gov>
**Subject:** [EXTERNAL] Attention to: Wendy Olsen Clancy

Dear Madam,

I have been aware of the proceeding of the Southern District of New York against Samuel Bankman-Fried (22 Cr. 673).

I have used the Samuel Bankman-Fried platform FTX and have now lost the funds i placed on it. The amount lost is $15 451.00 (9946 USD / 2.9257 ETH / 6 AVAX / 2137 CRO / 1479 FTM / 38 LINK / 510 MATIC / 11 SOL).

In particular, i have invested on this platform because of its reliability, which has been highlighted by its manager in various communications.

1

# Statement 41

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮ <           > |
| **Sent:** | Thursday, March 7, 2024 3:57 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | Re: [EXTERNAL] FTX |
| **Attachments:** | S                                    l).png; |
| | ▮g |

Victim Impact Statement

I, ▮▮▮▮▮▮▮▮▮▮            ▮, hereby declare as a victim affected by the actions of FTX.

As someone harmed by FTX's practices, I wish to express the significant impact it has had on my life. The company's activities have directly caused me considerable financial losses and have had significant emotional and psychological repercussions on me and my family.

FTX's conduct has not only resulted in direct financial harm but has also created a sense of insecurity and mistrust towards the financial system as a whole. Their lack of transparency and accountability has exacerbated the consequences of their actions on my life and that of many others affected.

I fully support any measures aimed at seeking redress for the harm suffered and ensuring that FTX takes responsibility for its actions.
It is imperative that appropriate steps are taken to address the harm caused and to prevent any recurrence in the future.

I therefore respectfully request that my voice be heard as part of this petition against FTX, and that measures be taken to ensure fair restitution and justice for the victims of their harmful actions.

Please accept, Sir/Madam [recipient's name], the assurance of my highest consideration.

▮▮▮▮▮▮▮▮▮▮▮▮

Le mer. 6 mars 2024 à 17:44, USANYS-FTXVictims <USANYS.FTXVictims@usdoj.gov> a écrit :
>
> Received.
>
> After sentencing, March 28, 2024,  the Government will post clear instructions on how to file for restitution through petition for remission.  If you would like to send in a victim impact statement, you can do that by sending a statement to this mailbox.
>
>
>
>
>
>
>
> From: ▮▮▮▮▮▮▮▮▮
> Sent: Friday, March 31, 2023 2:23 AM
> To: USANYS-FTXVictims <USANYS-FTXVictims@usa.doj.gov>

1

# Statement 42

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | .com> |
| **Sent:** | Wednesday, September 20, 2023 10:05 PM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | [EXTERNAL] FTX Victim Verification |

Hello,

I believe I may have been a victim and suffered damages from FTX. I have a hard time piecing together a paper trail and am hoping you can look up whether I have any damages I'm eligible for based on the facts I can provide:

- I registered for FTX.us around March 2021
- I consistently used my email address as username
- I purchased hundreds of coins, at one point the market value of by account was as high as $60-80k
- After seeing headlines of FTX liquidity crisis, I attempted to transfer all or most of my coins from FTX to Coinbase. I received a number of errors after dozens of transfer attempts November 8 and 9.
- On November 9, I was able to transfer some or all of my coins from FTX to Coinbase. However, by the time I tried to reconcile by FTX balance and transfers, I was unable to--either due to login issues or website errors.

Please let me know if you need any more information to confirm whether I am a victim and can expect damages.

Thanks,

1

# Statement 43

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, July 31, 2023 11:53 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | [EXTERNAL] FTX/BlockFi victim- assistance needed |

Dear US law enforcement,

I am writing to urgently seek your assistance in a dire situation that has left me devastated for over 8 months. I am a victim of the FTX collapse through Blockfi. I also lost of my job in January which left me facing an emergency where I desperately need access to my funds to survive.

Are there are any government measures or programs in place to support FTX/Blockfi victims who are suffering financial losses?

Please consider the urgency of my situation. I'm desperate.

- Sent from my phone. Pls excuse typos & brevity.

1

# Statement 44

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ███████████████ |
| **Sent:** | Thursday, May 11, 2023 11:53 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | [EXTERNAL] Attention to: Wendy Olsen Clancy |

Dear Madam,

I have been aware of the proceeding of the Southern District of New York against Samuel Bankman-Fried (22 Cr. 673).

I have used the Samuel Bankman-Fried platform FTX and have now lost the funds i placed on it. The amount lost is $15 451.00 (9946 USD / 2.9257 ETH / 6 AVAX / 2137 CRO / 1479 FTM / 38 LINK / 510 MATIC / 11 SOL).

In particular, i have invested on this platform because of its reliability, which has been highlighted by its manager in various communications.

Believing i am a victim of fraud, i would like to take action against Samuel Bankman-Fried.

Thank you in advance for your help.

Best regards,

██████████████████

1

# Statement 45

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, May 8, 2023 2:51 AM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | [EXTERNAL] Victim |

Dear Ms. Wendy Olsen Clancy,

I found your information and wanted to write to you because I am one of the FTX victims. I have been holding your information for quite a while not knowing whether to send this letter or not. I did not have thousands of dollars invested into FTX but I had enough invested to purchase 8 million Shiba Inu coins. I am a single foster parent of 3 and hoped that investing in coins on FTX would be a good decision in the future for me and my family. Although, my investment was only around $100, it was a sacrifice and very hurtful when it was taken. Is it possible to get my money back? Please let me know. Thank you for your help in this matter.

Sincerely,

▮▮▮▮▮▮▮▮▮

1

# Statement 46

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| From: | ▮ |
| Sent: | Wednesday, April 5, 2023 6:56 PM |
| To: | USANYS-FTXVictims |
| Cc: | Juliet.Sarkessian@usdoj.gov; Gupta, Vanita (OASG); merrick.garland@usdoj.gov; Andrew.Vara@usdoj.gov |
| Subject: | [EXTERNAL] Protect FTX Creditors |

Dear Sir / Madam,

I hope this email finds you in good health and high spirits. I am writing to you today with a matter of utmost urgency and importance. I am one of the FTX Creditors and I am suffering immensely because of FTX Intl. going bankrupt after stealing customer funds.

I am extremely distressed by everything as my life savings were deposited to this exchange. I am now facing the threat of losing everything and landing on the streets, which is a situation I would like to avoid at all costs.

I am highly dissatisfied with how this bankruptcy case has unfolded, especially around the lack of transparency and dearth of communications between the Unsecured Creditors Committee and the FTX creditors at large. Alarmingly, recent disclosures highlight excessive spending, such as lawyer fees exceeding $1 million/day, billing for 16-hour days, and $500,000 for a communications specialist without any apparent outreach to creditors. When taken as a whole, it suggests that retail investors are being treated as an afterthought in this process.

I respectfully ask that you continue to push for the appointment of an independent examiner to oversee the process and ensure a fair outcome is achieved.

In particular, we are asking that the independent examiner look into potential conflicts of interest and secure greater transparency from the members of the Unsecured Creditors Committee, shining a spotlight on excessive fees, promoting communication between all parties, and examining several avenues that would allow creditors to recover all funds owed to them, including, but not limited to, clawbacks and the resumption of operations at FTX with creditors receiving equity in the estate.

Thank you for your kind attention to my views on this issue and your ongoing commitment to protecting consumers – we understand that you are an ally in this fight.

Sincerely,

▮

1

# Statement 47

**Olsen, Wendy (USANYS)**

**From:**          ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:**          Friday, March 8, 2024 7:48 AM
**To:**            Olsen, Wendy (USANYS)
**Subject:**       [EXTERNAL] Victim Impact Statement for BANKMAN-FRIED Case

Dear Madam,

I am writing to submit my victim impact statement regarding the case involving BANKMAN-FRIED. As a victim of the crime committed by BANKMAN-FRIED, I want to express how the incident has profoundly affected me and my family.

My name is ▮▮▮▮▮▮ a 23-year-old male from Morocco. I come from a family of five members, and we are facing severe financial difficulties. My father suffers from both mental and physical health problems, leaving him unable to work, and as the oldest son, the responsibility of supporting my family falls heavily on my shoulders.

I have been working part-time while studying to fund my education and provide for my family. All my hard-earned life savings were invested in bitcoin on the FTX platform, hoping to secure a better future for my family and myself. However, the actions of SBF and FTX have shattered those hopes. The scam has caused immense emotional distress, leading to constant thoughts of suicide. Additionally, my academic performance has suffered as I struggle to cope with the betrayal and loss inflicted by the scam.

Furthermore, witnessing FTX's lawyers attempting to compensate us based on petition date value rather than returning the stolen bitcoin has further deepened our financial despair. This blatant disregard for our losses only adds insult to injury.

Despite these challenges, I maintain my faith in the justice system of the great country of the USA. I implore the court to consider the devastating impact this crime has had on me and my family. We seek not only financial restitution but also closure and justice. I earnestly hope that the court will ensure a 100% recovery for us based on today's values.

Please feel free to reach out if you require any additional information.

Sincerely,

▮▮▮▮▮▮

1

# Statement 48

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Friday, March 8, 2024 7:48 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for BANKMAN-FRIED Case |

Dear Madam,

I am writing to submit my victim impact statement regarding the case involving BANKMAN-FRIED. As a victim of the crime committed by BANKMAN-FRIED, I want to express how the incident has profoundly affected me and my family.

My name is ████████ a 23-year-old male from Morocco. I come from a family of five members, and we are facing severe financial difficulties. My father suffers from both mental and physical health problems, leaving him unable to work, and as the oldest son, the responsibility of supporting my family falls heavily on my shoulders.

I have been working part-time while studying to fund my education and provide for my family. All my hard-earned life savings were invested in bitcoin on the FTX platform, hoping to secure a better future for my family and myself. However, the actions of SBF and FTX have shattered those hopes. The scam has caused immense emotional distress, leading to constant thoughts of suicide. Additionally, my academic performance has suffered as I struggle to cope with the betrayal and loss inflicted by the scam.

Furthermore, witnessing FTX's lawyers attempting to compensate us based on petition date value rather than returning the stolen bitcoin has further deepened our financial despair. This blatant disregard for our losses only adds insult to injury.

Despite these challenges, I maintain my faith in the justice system of the great country of the USA. I implore the court to consider the devastating impact this crime has had on me and my family. We seek not only financial restitution but also closure and justice. I earnestly hope that the court will ensure a 100% recovery for us based on today's values.

Please feel free to reach out if you require any additional information.

Sincerely,

████████

1

# Statement 49

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮ |
| **Sent:** | Tuesday, March 12, 2024 2:21 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Ftx case ▮ ▮▮▮▮ |
| **Importance:** | High |

Hello,

Your Honor, I would like to write about my case with the FTX exchange as a creditor. I became a victim of the FTX exchange and I lost all my life savings in form of my crypto investments on my FTX exchange account. Until 6/11/2022, I was convinced that my money are safe on my FTX exchange account, where millions of other users have their funds also stored. But when the FTX exchange went bankrupt, my life was completely destroyed. It took a heavy toll on my health and till this time I am often thinking about suicide, because I did lost everything I had. I haven't been working since August 2023, I have continuous mental problems, and nothing seems to be going well. I have serious health issues, Lyme disease, Gout, attempted heart attacks, swelling, problem with my hands, Nerves problems and problems with my teeth and I can't take care of my health, because all my money were stolen by the FTX exchange. The saddest thing is, my mother is fighting cancer and I can't event help her to get better medical care. Hereby I would like to ask for justice, please, help me get my money back, and not in the value of the petition at the time of bankruptcy, but in the value the crypto I lost have when it's returned to me. I would finally like to get over with all of this, so I can give my family and myself a better life and the help I could have given them if I hadn't been robbed.

Thank you very much.

*My name is* ▮▮▮▮▮
*Ac*
*Unique customer c▮▮▮▮*
*email*
*platforn*

Petition value : 44744 $
Today´s value : 378589 $

1

# Statement 50

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Flex construtora LTDA |
| **Sent:** | Monday, March 11, 2024 5:57 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Victim impact statement |

I had a lot of financial losses, loss of health, loss of my marital life due to the bankruptcy of FTX, I HOPE THAT THIS ABISURE THAT THEY ARE INTENDING TO DO WITH THE PAYMENTS OF FTX'S VICTIMS WILL BE REVIEWED BECAUSE PAYING WITH VALUES FROM THE DATE OF BANKRUPTCY IS A TRUE ABSURD FOR PEOPLE WHO WERE HUGELY HARMED BY THE BANKRUPTCY OF FTX

Obter o Outlook para Android

1

# Statement 51

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮ < |
| **Sent:** | Monday, March 11, 2024 11:47 PM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] VICTIM IMPACT STATEMENT |

To Whom It May Concern,

I am writing this distressed email and victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was $25,656.36. However, as of today, 12 March 2024, the true value of my stolen assets has escalated to $69,817.00. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question. To a humble, hardworking individual that had invested a significant amount of my painstakingly earned money, **this loss of over $44,000** is very hard to bear.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

Thank you so much and I look forward to justice being delivered through all of you

1

# Statement 52

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮ |
| **Sent:** | Monday, March 11, 2024 9.59 PM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX Victim Impact Statement. C |
| **Attachments:** | |

Hello my name is ▮▮▮▮▮▮ i am from Chile and actually living in France, i am a single Parent of a lovely 5 year old girl, i been working hard all my life to give my daughter a better life, since she was born in 2018 i been saving as much money as i can for her future. Until late 2022 I saved around $30,000 usd dollars which I had on my FTX for investments.

The same week the FTX collapsed my mother was diagnosed with Cancer, it was a very hard time for me and my family... I had to travel constantly to be with her and support her. Leaving my work behind to prioritize family.

I feel like all this time  I was not able to be there 100% for her since I was stressing so much financially. Raising a kid, taking care of my sick mother while struggling financially due to being scammed is something I don't wish on anyone. I lost almost all my hair and my health physically and mentally it's been in a very bad place...

My mom died 2 months ago, my heart is flooded with sadness and everything is even harder now, now i can only focus on my daughter and wake up everyday and doing everything for her, i just now hope that justice can be served and i can recover part of my hard earn money so i can give me daughter a better life. That's the only thing that matters to me.

They day of the FTX crash i saw an announcement from FTX letting people withdraw their funds if they purchase the $TRX token, so i took my $30,000 USDT and purchased the $TRX token even tho theres was a 500%+ disparity price due to the demand on FTX compared to other Exchanges, i was willing to pay it if i was able to get my money immediately because this was all the money i had... I purchased $30,000 for 79,251.11 $TRX tokens paying a price of $0,35 per token when the market was $0,055.

After this my withdrawal didn't go through and their site got blocked.... now they want to pay me these 79,251.11 $TRX tokens on the price of OTHER exchanges that same date and not FTX... that would be less than $4,500.... The closing price that day was $0,44 per token. I should get even more money but I don't want more, I just want what's fair and get my initial deposit money back that was  $30,000.

All these transactions and price action can be seen in the attached files.

Thanks for your time hope justice can be served

Yours Truly

▮▮▮▮▮▮▮

S.

1

# Statement 53

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Monday, March 11, 2024 7:08 PM |
| **Cc:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX Victim impact statement |

Greetings,

My name is ███████████ and I am an FTX Victim. I just would like to state the impacts this fraud has caused me.

As an investor I sent a lot of my funds from my portfolio to FTX in order to buy Bitcoin, dreaming and believing in a better future for me and my family. It is very painful and frustrating that all the dreams I had are now gone. Specifically because the law is now allowing FTX to pay us back not with our hard earned assets but with dollars at a ridiculous price. I lost everything...

I've been doing therapy since that happened trying to be optimistic but it has been very hard. I lost 20 years of my working life and I wanted to kill myself.

I just want that **FTX helps us to recover our assets** (not dollars) as much as possible and **SBF never leaves jail again** even if I recover everything because the pain and damage caused to us will never be repaired.

Thank you

███████████

1

# Statement 54

Victim Impact Statement

To the Honorable Judge,

My name is ▮▮▮▮▮▮▮▮▮▮ and I am writing to you not just as an investor, but as a father and provider for a family deeply impacted by the collapse of FTX. My engagement with FTX was fueled by the hope of securing a stable and prosperous future for my family, particularly for the wellbeing of my two sons. All our savings and financial planning for the future were entrusted to FTX, in the form of cryptocurrency investments, primarily Bitcoin (BTC).

At the time of FTX's collapse, my account held a value of $146,436, a sum that represented not just monetary value but years of sacrifice, planning, and dreams for my family's future. As of today, the value of those lost assets would be approximately $622,820, reflecting the significant appreciation in the value of cryptocurrencies since the collapse. The offer to make victims whole based on the "100% petition date" fails to acknowledge the real and tangible losses suffered by my family and me. Such compensation does not account for the substantial appreciation in value of the assets lost, nor does it address our preference and rightful claim to have our actual assets, specifically the Bitcoin, returned to us.

The financial impact of this loss has been devastating. It has not only erased years of financial planning and investment but has also severely compromised our ability to provide for our family's present needs and future security. Our plans for my children's education, our family's healthcare, and our retirement are now in jeopardy. The uncertainty and stress have placed an unbearable strain on our day-to-day lives, affecting our ability to pay bills and meet basic living expenses.

Beyond the financial ruin, the emotional and psychological toll has been profound. The betrayal of trust and the loss of our financial security have left us in a state of constant worry and stress. The impact on our family's wellbeing and the stress on our relationships cannot be overstated. The future we had envisioned for our sons, filled with opportunities and devoid of financial hardship, seems more like a distant dream now.

In light of these facts, I respectfully urge the court to consider the full scope of the impact that Sam Bankman-Fried's actions and the collapse of FTX have had on my family and me. Justice, in this case, should not only involve penalizing the wrongdoer but also ensuring that the victims are genuinely compensated for their losses. Being made whole should encompass the recovery of our assets at their current value, not just the value at the time of loss. Moreover, the return of our actual cryptocurrencies, rather than a monetary equivalent, is essential to truly restoring what was taken from us.
We entrusted our financial future to FTX, and that trust was broken, leaving us in a precarious situation with a long road to recovery ahead. I implore the court to recognize the depth of our loss and the need for a sentence that reflects the gravity of the harm caused.

Thank you for considering my statement.

Sincerely,



# Statement 55

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓ |
| **Sent:** | Monday, March 11, 2024 6:54 PM |
| **To:** | USANYS-FTXVictims |
| **Subject:** | [EXTERNAL] Impact statement |

Hello
This is my code on Ftx customer ad-hoc voting block
My claims equal today =31141,08 dollars

I hope this message finds you well
It is with heavy heart and sense of responsibility that i bring to your attention my trouble .
Almost more than  half of my investment in FTX is about money of orphans and rlatives that joined me on my journey of investment.so i can invest their money and give them the profits of it periodically UT you know the rest and I am still waiting with painful heavy sensation of guilt and hoplessness for a solution to retrieve at least 50% of my claims either in follar or in crypto .

Thank you for reading my story .hoping for further communication.

1

# Statement 56

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | SpeedMarket \| Mobile Solutions < |
| **Sent:** | Tuesday, March 12, 2024 10:44 AM |
| **To:** | USANYS-FTXVictims |
| **Cc:** | Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] Urgent Assistance Required - Emotional and Financial Harm Due to FTX Collapse |

Dear,

I hope this message finds you well amidst the challenging circumstances. My name is ▮▮▮▮▮▮▮▮▮▮ and I am writing to you as a former client of FTX, adversely affected by its recent insolvency, ▮▮▮▮▮▮ should you need it for reference.

The collapse of FTX has had a profound impact on my life, extending far beyond the financial loss. I am reaching out to express the severe emotional distress and the cascade of negative health effects I have endured as a direct consequence of this situation. The uncertainty and the loss of my investment have resulted in significant stress and anxiety, affecting my mental and physical health.

Moreover, the financial repercussions have been devastating. The loss incurred from my investment in FTX has led to accumulating debts that I am struggling to manage. This financial strain has placed me in a precarious position, jeopardizing my family's security and well-being.

Additionally, the ongoing process and the lack of resolution have exacerbated these issues, making it nearly impossible to find closure or move forward. The prolonged nature of this ordeal has further drained my resources and has had a detrimental impact on my ability to make sound financial decisions, resulting in the loss of additional capital over the last nearly two years.

I am reaching out to seek your assistance and understanding in this matter. Any form of support, guidance, or resolution that FTX can provide would be immensely appreciated. I am eager to find a path towards mitigating the damages and finding a resolution that can help me and others similarly affected to recover from this unfortunate situation.

Thank you for taking the time to read my letter. I am hopeful for a constructive response and willing to provide any further information needed.

--

Atenciosamente,



**Account Executive**

1

# Statement 57

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮ < |
| **Sent:** | Sunday, March 10, 2024 9:10 PM |
| **To:** | USANYS-FTXVictims |
| **Cc:** | Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX / SBF Sentencing - Impact Statement |

Hello,

My name is ▮ I am a 24 year old from Perth, Western Australia.

I grew up with a saving and investing mindset and could not wait to turn 18 so I could enter the markets. I spent approximately 6 years working two jobs from the age of 16 so I could save as much money as possible to allow me to invest in financial markets, be it index funds, shares and cryptocurrency. I studied every day and made it my mission to be successful with investing.

I had primarily used Binance and BTC Markets (Local AUS broker) for many years however BTC markets did not offer the same range of products as FTX and the deposit & withdrawal process was slower.

A lot of the online crypto community was using FTX, celebrities were using FTX…. If you weren't on FTX then you weren't in the right place. Sam was the poster boy in the media, the young, smart, billionaire that is taking over the crypto world. Meeting with global politicians, sponsoring arenas, Formula 1 teams… he was the absolute 'king' of crypto and garnered everyone's trust.

I had saved all of my money for many years and had built solid investments in projects like Render (RNDR) and Solana (SOL). These were two long term investments that I didn't plan to sell for ~5 years or more. This was about a $90,000 AUD investment for me at the time. The value of these investments at petition date was $19,000 USD. At today's date, Monday the 11th of March 2024, my RNDR and SOL holdings would be worth $385,000 USD. As a 24 year old trying to make something of my life in this world, this would have been a life changing sum of money for me and in Australian Dollars would be worth approximately $580,000 AUD.

All of my hard work as a teenager and young adult, working two jobs and doing everything I could to save, research and invest in solid projects that I thought would do well in the long term… all wasted because Sam, Caroline and FTX decided to **steal** customers funds and use them for their own benefit, personal expenditure, personal gambling/leveraged trading with no risk management and for donating to favoured political organisations.

I did not gamble with leverage trading or random meme/scam coins, I researched quality projects and made long term investments to try and change my life. This would have paid off very well for me, had Sam not stolen my investments from me.

I trusted Sam and FTX to do the right thing, and they let me and hundreds of thousands of other people down in the worst way possible. I know of people that have taken their life due to the impact this had on them, I would request that the consideration for those even more unfortunate people be given during the sentencing process. Not just the money that was stolen, but the lives that were lost as collateral damage.

I understand that I am still young and can continue working to build a future for myself, and there are people that were hurt significantly more than myself. However, Sam and FTX caused considerable pain to myself, and my family who also had significant sums of money on the FTX platform. This event has set us all back by a number of years.

I hope that Sam receives the adequate punishment for the pain he has caused to millions of people. And I hope that the correct procedures are followed in the process of returning any funds to customers, with all funds going towards paying customers the true value of the assets that were stolen, not the value of the assets at the absolute bottom of the market.

Thank you.

Regards,

# Statement 58

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓ |
| **Sent:** | Monday, March 11, 2024 7:30 AM |
| **To:** | FTXVictims@usdoj.gov; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX Victim impact statement - ▓▓▓▓▓▓▓▓▓▓ UK investor |

Dear team,

I am a 36 years old UK based investor who started investing in crypto assets in 2017. I was originally concerned with the incorporation of crypto platforms with the perception that they could be less sophisticated or hacked. I originally held balances in Binance and subsequently in 2019, Revolut - a UK and European based company started offering crypto currencies. I began investing in Revolut through 2018 and early 19, again with the intention of avoiding Binance where possible.

I work in the financial services and regularly watch Bloomberg, CNBC and other financial media. It was difficult to ignore the rising popularity of FTX in the US, and its endorsement by investment leaders such as Kevin O'Leary and politicians. Forbes magazine, regular interviews, huge public media campaigns made me trust that the company was sound coupled with being founded in the US, it made be trust FTX.

One of my concerns holding crypto assets was that an exchange could be hacked and I would lose my assets. There is an image (or atleast I have a perception) that the US markets are safer and more secure than European or UK. I am aware of the brain drain effect of the best talent going to (or home grown in) the US. So my perception was that a US exchange would be more secure than European. Coupled with concerns around China and Chinese security I was unsure of continuing to hold assets in Binance. Weighing this up, I consolidated all my assets and moved them into FTX. I continued to build my portfolio and invest regularly into my FTX account. I typically receive an annual bonus from my company and invested this into crypto assets. At its peak I grew my account to **over $350,000.**

Late 2022, I was deeply shocked and confused when hearing about customer funds being used by FTX. I attempted to withdraw my funds, however, many of them remain in "pending" status. I attempted to sell some of my assets and convert to fiat currencies (as the market was dropping significantly I would have sold for a depreciated value) my hope was that I might be able to withdraw fiat assets rather than crypto assets. Again this was not successful, and I have some fiat balances in "pending" withdrawal status. Over the next couple of months / year I have been trying to understand where this would leave investors and how I might be able to recover my assets. I always believed that so long as FTX could locate the assets I will be able to eventually withdraw my crypto assets, perhaps certain coins may no longer exist or be located and those would be converted to a cash amount, however I cannot believe there is a date for which the assets will be valued and that where the market was at its lowest.

The impact of this has been detrimental to my work and personal mental health. I have many years of my bonus, savings and retirement planning locked up in FTX. I have not been able to tell friends and family where my savings have gone. I feel a huge sense of stress when hearing senators or institutions debate the creation of new ETF's or assets around crypto. I feel robbed, that I found assets prior to Blackrock, yet they will reap all the rewards rather than me. This was my opportunity to invest in early stage assets before the large institutions or mainstream. And yes the asset may drop in value, but I did not believe the asset would be stolen not by a hacker but the company itself (and that too an American company!).

Today (11th March 2024) my account would be worth almost $250,000. However, my claim is currently being presented to me at less than $40,000.

I am a significant holder of Solana (444.01 coins), Avalanche (400 coins), Ethereum (16.01 coins) and BTC (1.0714). Which are some of the assets which have been priced with the largest difference in valuation price vs current market levels. I was convinced that these were good projects and I should hold for the long term. My focus was on the assets and believed that investing in a US company I would be safe from the custody and management of the platform perspective. I can see news of FTX holding large Solana balances, why are these not being returned back to holders, similarly if assets are found why are they not being returned to asset holders. I feel like this is the second injustice occurring to me.

To add insult to injury the platforms that I thought would be less secure than a US company (Binance - Chinese, Revolut - European) are still operating and continue to support their customers. This has made me question US companies integrity, including the environment around the companies who should be trying to help investors maintain confidence in American companies. I wish that my assets are returned to me in full, or the current value of my assets.

Kind regards

2

# Statement 59

The Honorable Judge Lewis A. Kaplan

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## FTX Collapse - Victim Impact Statement

March 11, 2024

Dear Judge Kaplan, ,

Thank you for the opportunity to make a statement in this matter.

I was a retail customer/investor of FTX and when it collapsed, I lost nearly all of the funds (in the six figures) I had invested on this platform. I was unable to withdraw most of my funds as FTX stopped withdrawals suddenly on that fateful day.

The exchange and its management, as well as the many promoters created an image of solidity and safety, not least through all the affiliations and collaborations with the VC community, the rest of the crypto space, and many sports channels. FTX appeared to be perfectly legit and trustworthy. Few would have known what was brewing behind the scenes.

I had much of my personal savings as well as my daughters' college money on FTX when it collapsed. I underestimated the risk I was taking leaving the funds on the exchange, I understand that now, and that experience has certainly taught me a lesson. But what happened appears to have been fraud and deceit, and I am one of the many who were severely harmed, financially, mentally and psychologically. My family suffered, as the anxiety and stress permeated our lives for many months after the collapse.

I heard that retail clients like myself may be reimbursed in full, and I would certainly be very relieved if that were made possible.

May I offer 2 thoughts in closing:

1. Retail clients / investors like myself have the most to lose, as hard earned money is lost, and the loss impacts them perhaps more directly and severely than other classes of FTX debtors. Please do all you can to ensure that retail clients are covered before FTX's lenders and institutional clients.

2. FTX defaulted at a time when the market was in turmoil, when many assets had lost a lot of value. The portfolios of many FTX clients were underwater, the cost basis of the funds held there therefore higher than their value at time of FTX default. Even if we are covered in full for the value of our accounts at the time of FTX default, we are still at a significant loss because our portfolios were in the red, and we will not be able to recover that loss by being able to benefit from the appreciation of those assets' values since then. As I understand it, any payout from FTX will be in fiat currency not in the original assets held by investors. I would therefore be grateful if you could consider this fact, and may it bolster the first point above, underscoring the importance of paying back retail customers first, and in full, and ideally with the same digital assets that were frozen in their accounts when FTX shut down.

Thank you for your help and assistance to bring justice to this matter. I feel that the process has been expeditious and I look forward, like so many people in similar situations, to closure and restitution.

Kind regards,



# Statement 60

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮ |
| **Sent:** | Tuesday, March 12, 2024 3:43 AM |
| **To:** | USANYS-FTXVictims; Olsen, Wendy (USANYS); joseph@moskowitz-law.com; rejane@moskowitz-law.com |
| **Subject:** | [EXTERNAL] FTX victim impact statement |

Dear Sir/Ma'am,

I'm a victim of the crimes committed by SBF, which has cost me significant lost in my hard earned money that was meant for my retirement purposes.

Total claimable amount from FTX that rightfully belongs to me in my FTX account are as follows :

| Asset | Qty |
|---|---|
| BNB | 120.07 |
| HNT | 121.0673 |
| REN | 2894.4210 |
| BUSD | 2750.719 |
| USD | 9.18 |

While these assets were already worth about USD 49K in late November 2022, but in today's value they are worth more at about USD 68.8K. If these assets would continue to be in my custody, I foresee it will be worth more than 100K in the coming years.

It may seem like little money to most people, but it has a huge impact to my emotional, financial and psychological state.

In my opinion, SBF has given a bad name to the blockchain world. My misplaced of trust in SBF and FTX has caused me much shame, and ridicule by my family members. SBF has to return all assets that rightfully belongs to me and be critically sentenced to prevent future repeat of the same ordeal on new victims.

Devastated victim,

▮▮▮▮▮▮

1

# Statement 61

Dear Honourable Judge Kaplan,
I am a conceptual, socially engaged artist and I don't earn anything with my practice:
I believe that every human being is in this world for a reason and artists has the mission to shape culture and society. This is the reason I am so naïve and I don't care so much if I don't earn money enough through my work.
The money I had on the FTX.com platform was the money I received as compensation for a car crash that left me disfigured when I was 19 years old. I kept this money 'untouched' for 30 years because I thought they could be the only way to give me an old age with dignity.

In 2022 I chose to take control of my money and invest it by myself, because the company that was managing it refused to give me clear explanations on the environmental and human ethics of their investments. I chose the FTX platform following in-depth research about their stated policy and ethics.

Not only did Sam Bankman-Fried stole my money with the help of his friends, but in doing so he took away from me any hope and meaning about life, human beings and institutions. I went through such a devastating period that I put in discussion also my creative practice that I always considered a sort of life mission.

I suffer from complex PTSD due to violence suffered at the hands of my family when I was a child. One of the many bad things that my family has done to me was to involve me in a fraud as soon as I was 18 years old obliging me to try to sue my father when I was in my 30's. To again be a victim of injustice triggered a crisis of PTSD  that lasted about 10 months, making me very depressed, coping with suicidal thoughts and obliging my partner to a life beyond miserable.

In a few days I will be 50 years old and I am left with no money not because of the fluctuations and the volatility of the market. I am not a trader, but I was informed and ready for this possibility, but I lost my money because Sam Bankman-Fried  and his clique of friends where trying to play Gods and become the new gate keepers of a new world and a new economy.  To do so they stole the money, the hopes and the dreams of hundreds of thousands human beings from over the world.
And it is a lie that the new administration is planning to pay us back 100% of our money!  Paying me back in dollars with the value of the 11 November 2022, will give me back just a third of the fiat I deposited on FTX.com. I don't think this is fair considering that  FTX's Terms of Service stated that the titles to digital assets belonged with customers and not the exchange.

The biggest assets of FTX apparently were their customers and most of us lost more than we can afford as it was literally stolen from us for the convenience of already wealthy people. They were just greedy...

I am really hoping that this trial will show that our institutions care about justice for ordinary people, the masses, and not just about the privileged elite.
Honourable Judge Kaplan, 'we', more than 1 million customers in the world, depend/rely on you seeing justice done, because Sam Bankman-Fried has to think for the rest of his life of the multitude of lives he destroyed with his selfishness and superficiality. I really hope that justice will teach him the difference between life and video games...

Many thanks for your precious time and attention.
All the best



# Statement 62

Hon. L. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St
New York, NY 10007-1312

March 12, 2024

Honorable Judge Kaplan:

I write to you regarding the sentencing of Sam Bankman-Fried (SBF) in his criminal proceedings. I am a former user of FTX, a creditor, and a victim. Similar to hundreds of thousands of other victims, I was left baffled while a $10B bank run was happening at FTX. FTX was an organization with the backing of global financial institutions such as Blackrock, Sequoia Capital, SoftBank, Thoma Bravo, Temasek, Paul Tudor Jones, Tiger Global, and others. A literal who's who of the largest and most established asset managers, billionaires,  venture capitalists, and sovereign wealth funds. This was not unintentional – a direct decision by the perpetrator to establish a veneer of trust and accountability.

Without that appearance he would not have been able to accomplish a fraud greater than the likes of Theranos, Wirecard, and the Madoff Investment Scheme *combined*. Yes, many forget that Madoff fraud was approximately $4.6B[1], less than half that of FTX. Wirecard, one of Europe's largest frauds, is €1.9B[2], approximately one fifth of FTX. Lastly, Theranos's restitution for damages is $452M[3], less than one tenth of FTX. In Theranos, billionaire Rupert Murdoch made up $125M of that, which unfortunately is less than my business's claim at FTX. Your honor – I am no billionaire. To quote the U.S Attorney Damien Williams in regards to Madoff, "The financial toll on those who entrusted their money with Madoff was devastating…". The psychological, physical, and financial toll on my life is so inordinate that I have a difficult time describing it other than, "my life expectancy has dropped".

---

[1] Calculated from:
https://www.justice.gov/opa/pr/justice-department-announces-distribution-over-1589m-nearly-25000-victims-madoff-ponzi
[2] https://money.usnews.com/investing/articles/biggest-corporate-frauds-in-history
[3] https://www.reuters.com/legal/court-denies-elizabeth-holmes-request-remain-free-while-appealing-conviction-2023-05-17/

The uncomfortable truth is like many other victims, a significant portion of my net worth was at FTX. Millions relied globally on their services and in the wake of the bankruptcy support groups popped up. Frequently discussed topics included: economic recovery, exchange restructuring, SBF's trial, and unfortunately victims' suicidal thoughts. I, however, am fortunate. As a US citizen and product of our public education system I built my business and my life relying on the United States' infrastructure, societal values, and globally recognized rule of law.

It's now time to test that rule of law. In bankruptcy proceedings there is a clever design (after the sword of damocles) where equity holders, debtors, get to navigate and restructure the indebted entity to maximize value for all parties. In that design they are paid last. However, instead we have the conflicted pre-petition counsel (who are currently under investigation by a court appointed Independent Examiner) running the show. As of the date of this letter the restructuring Plan put forth by the debtors dollarizes claims as of the petition date effectively robbing my business of the appreciation in assets, and in direct contravention of the very contract my business had with FTX (under the Terms of Service). While this inequity of the FTX bankruptcy estate is not directly this court's business, it does impact victims. We have to watch the midnight appointed lawyer facilitate this Plan – the same lawyer who advised SBF on the very transactions he was convicted for. For us, a sense of justice is stripped from those who had their assets stolen if SBF is given a lenient sentence in one of the world's greatest cases of business fraud. Please provide the victims a sense of justice, restoration of faith in US institutions, and don't let the lesson be "do not do business with US companies"[4].

I ask for a minimum of a 30 year sentence. This is to at least to make up for the years of life he took from me and thousands of others.

Sincerely,

▮▮▮▮▮▮▮▮▮

---

[4] https://twitter.com/crypto_notte/status/1765721104675397904

# Statement 63

March 16, 2024

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Kaplan,

I'm finding this victim impact statement very painful to put down on this page. I have lost a lot of sleep over the FTX collapse. It took me a long time to regain the confidence I lost. Confidence in myself. I have struggled with depression.

I lost all my savings to FTX, about US$75,000, almost $100,000 Canadian dollars.

I did not invest in FTX, I trusted them to hold my cryptocurrency so that I could trade it safely. I believed that my risk was the cryptocurrency not the exchange, FTX.

I had been aware of bitcoin since very early on but I had not yet taken the time to educate myself enough to realize the value, the potential, until quite a bit later. It was difficult to understand how to buy them.

At one point I knew that there was a bitcoin machine in Vancouver and I intended to give my sister $1000 to buy three for me as she passed through the city. For some reason I didn't manage to make this happen so I lost that opportunity at about $300 a bitcoin.

I remember at another point, bitcoin was $10,000 and then possible to buy with a credit card. I decided to take the plunge. I punched the numbers in but the transaction would not go through although I had a $20,000 limit on the card. Much later I realized it was something to do with the cash advance limit. Another opportunity passed by.

Fast forward to 2021 and I came to be in touch with somebody I used to work for in the 80s. At that time he was the chief financial officer of the company while I was a struggling student paying my way through electronics college. He was retired when we started communicating, in 2021, and big into cryptocurrency. I asked him to help me get started.

This was a big deal for me, finding someone to mentor me into what has become a major asset class. These early days are a unique opportunity, especially for early adopters, to create wealth over the long term. A full cycle, from bear to bull market, is extremely valuable.

He had written a bot, an automatic program, that could trade the ups and downs of any number of tokens. As a former CFO, and an Oxford mathematics graduate, I trusted him and decided to follow his lead.

In order for the program to work, we needed an exchange that would allow communication between the program and the exchange. Not all of exchanges had these features. FTX did. They appeared large, reputable, and successful.

It was a very exciting time, totally absorbing, we put an awful lot of mental effort into tuning the program and putting it to work.

But this was to be the peak of the cryptocurrency bull cycle. My first cycle. As the market began to drop in earnest, we put the bot on hold to wait, probably years, for the next bull cycle.

This would've been no problem for us except FTX folded right at the bottom of the market, about a year later.

Now, remember, I did not invest in FTX, I trusted them to hold my cryptocurrency.

At the time of their collapse, I had 10 Ethereum tokens and .48 of a bitcoin in my FTX account.

When I hear the press saying that FTX can repay pay victims in full it makes my blood boil. I don't want to be paid cash for my cryptocurrency at prices from the bottom of the market. I want my tokens back, my 10 Ethereum tokens and my .48 of a bitcoin.

We are in the next bull cycle and Ethereum is at about $4000 US and bitcoin at about $70,000 US. This puts the value of what FTX has taken from me at about $73,000 US. I read that they intend to pay victims $1260 for an ether token and $16,000 for a bitcoin. This calculates to US$20,280.

This is not payment in full. I want my tokens I entrusted to FTX.

I have lost a lot of time I would have spent educating myself in cryptocurrency and investing for my future. For a long time, I could not bear to think about it.

I am back in the market now. This time I have invested through MicroStrategy and Blackrock's new Bitcoin ETF. I imagine an increasing number of you will be considering your own entry into this anti-inflationary asset class, if you haven't already done so.

The whole FTX debacle caused me to lose great opportunities in the bear market of this volatile cyclical space. I have had to spend the bear market working at my fencing business raising more savings that I can invest. I have not given up. I am not only an early adopter, but a stubborn survivor.

Sam Bankman-Fried did this to me and so many others trying to put their hard earned dollars into something to make their future better.

Sam Bankman-Fried betrayed us. He stole from us.

Don't let this be another white collar crime that goes lightly punished. Give him a real sentence for his very real crimes that have affected so many lives.

Thank you all for your hard work on this case.

██████████████