

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2024

**<u>BY ECF</u>**
The Honorable Lewis A. Kaplan.
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *United States v. Samuel Bankman-Fried,* 22 Cr. 673 (LAK)

Dear Judge Kaplan,

    Accompanying this letter, the Government has attached additional victim impact statements numbered 64 through 117.  These victim impact statements contain limited redactions pertaining to personal identifying information.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney


By:      /s/*Danielle Kudla*
        Nicholas Roos
        Danielle R. Sassoon
        Samuel Raymond
        Thane Rehn
        Danielle Kudla
        Assistant United States Attorneys
        (212) 637-2304