**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-25

February 14, 2025

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Caroline Ellison*
             S2 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Caroline Ellison, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 510) and no third-party claims have been filed within the statutory period.

    Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                     Respectfully submitted,

                                     MATTHEW PODOLSKY
                                   Acting United States Attorney
                                   Southern District of New York

                     By:  */s/ Thane Rehn*
                          Thane Rehn
                          Assistant United States Attorney
                          Tel. (212) 637-2354

*Enclosure*

Granted
SO ORDERED
/s/ Lewis A. Kaplan, USDJ
2/18/25