USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/26

| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 22 CR 00673-003 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| Caroline Ellison | SOUTHERN DISTRICT OF NEW YORK | |
| Cambridge, Massachusetts | NAME OF SENTENCING JUDGE | |
| | Senior U.S. District Judge Lewis A. Kaplan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/01/2026   TO 06/30/2029 |

**OFFENSE**
Conspiracy to Commit Wire Fraud on Customers, in violation of 18 U.S.C. 1349, a Class C Felony.
Wire Fraud on Customers, in violation of 18 U.S.C. 1343, a Class C Felony.
Conspiracy to Commit Wire Fraud on Lenders, in violation of 18 U.S.C. 1349, a Class C Felony.
Wire Fraud on Lenders, in violation of 18 U.S.C. 1343, a Class C Felony.
Conspiracy to Commit Commodities Fraud, in violation of 18 U.S.C. 371, a Class D Felony.
Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. 371, 15 U.S.C. 78j(b) and 78ff, 17 C.F.R. 240.10b-5, a Class D Felony.
Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. 1956(h), a Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
District of Massachusetts requesting jurisdiction as a result of residence and prosocial ties in that district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/26/26_             _/s/ Lewis A. Kaplan_
Date                                   United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Click here to enter text. supervision from the Southern District of New York to the , the sealed records of the Court in the above-styled matter relating to Click here to enter text. are unsealed for the limited purpose of transferring those records to the United States District Court for the and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_____            _____
*Effective Date*                              *United States District Judge*